

**FILED**

*1:42 pm, 12/26/18*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

COREY LEE WILLIAMS

             Plaintiff,

vs.                                   Case No:  18-CV-70-F

DAVID FELDMAN, d/b/a BARE
KNUCKLE FIGHTING
CHAMPIONSHIPS, LLC

             Defendant.

## ORDER ON STIPULATED MOTION TO DISMISS

This matter is before the Court on Plaintiff Corey Lee Williams' Stipulated Motion

to Dismiss with Prejudice (Doc. 34). Plaintiff submits this Motion in accordance with terms

in the parties' settlement agreement. The Court has reviewed the Motion and is fully

informed in the premises.

IT IS ORDERD that Plaintiff's Stipulated Motion to Dismiss (Doc. 34) is

GRANTED. Plaintiff's claims against Defendant David Feldman are DISMISSED WITH

PREJUDICE.

Dated this \_\_\_\_26th\_\_\_\_ day of December, 2018.

*Nancy D Freudenthal*
_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE